# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

132814

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARC ANTHONY KING,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132814
COA: 273674
Kent CC: 98-003923-FC

On order of the Court, the application for leave to appeal the November 15, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

_____
Clerk

s0521